**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**CASE NO. 3:26-MC-00118**

| | |
|---|---|
| IN RE: REQUEST FOR INTERNATIONAL | ) |
| JUDICIAL ASSISTANCE FROM THE | ) |
| SECOND FAMILY COURT IN THE JUDICIAL | ) |
| DISTRICT OF CHOLULA IN PUEBLO, | ) |
| MEXICO IN *Richard Sydney Gardner Gallart v.* | ) |
| *Pia Hilbert Hellwig,* | ) |
| FOREIGN REF. NO. EUA02519 | ) |
| | ) |

**APPLICATION FOR ORDER PURSUANT TO 28 U.S.C. § 1782(a)**

NOW COMES the United States of America, by and through Russ Ferguson, United States Attorney for the Western District of North Carolina, and the undersigned counsel, and petitions this Court for an Order pursuant to 28 U.S.C. § 1782(a), appointing William W. Metcalf, Assistant United States Attorney, as Commissioner for the purposes of obtaining documents from Wells Fargo Bank. Certain information has been requested by the Second Family Court in the Judicial District of Cholula in Pueblo, Mexico pursuant to a Letter of Request issued in connection with a civil matter pending in Mexico, captioned *Richard Sydney Gardner Gallart v. Pia Hilbert Hellwig,* Foreign Reference Number EUA02519. The grounds for this Application are more fully articulated in the Memorandum of Law that has been simultaneously filed with this Application. A proposed Order is also provided for the convenience of the Court.

This the 17th day of September, 2026.


RUSS FERGUSON
UNITED STATES ATTORNEY

**s/WILLIAM W. METCALF**
Assistant United States Attorney
N.C. Bar No. 59398
227 West Trade Street
Suite 1650, Carillon Building
Charlotte, NC 28202
Tel: (704) 344-6222
Email: William.Metcalf@usdoj.gov